IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUNSON ROBERTS                                                                                  PLAINTIFF

VS.                                  4:18-CV-00329-BRW-JTR

REBEKAH BOWEN; DENISE ATWOOD;
VANNORIS SIMS; BRAWLEY, Sergeant;
DOC HOLLADAY; and SHEPARD, Lieutenant,
Pulaski County Jail                                                                              DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 23rd day of October, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).